UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GIORDANO,<br>    Petitioner,<br><br>    v.<br><br>UNITED STATES,<br>    Defendant. | No. 3:11-cv-9 (SRU) |

**CONFERENCE MEMORANDUM AND ORDER**

On November 5, 2015, I held a telephone conference on the record with Aaron Romano, attorney for the petitioner, Philip Giordano; and Peter Jongbloed, attorney for the defendant, United States.  The purpose of the call was to determine who was responsible for paying the costs of a deposition transcript prepared after the deposition of Pasquale Mangini.

On November 25, 2014, I granted Giordano's motion (doc. # 180) to take the deposition of Pasquale Mangini.  Thereafter, the deposition was taken and Attorney Romano ordered a copy of the deposition transcript to be prepared.  The cost of preparing the transcript was $1,071.58.

During the November 5, 2015, telephone conference, I held that the cost of the court-ordered deposition was not a Criminal Justice Act ("CJA") reimbursable expense.  Rather, the deposition was taken in accordance with Federal Rule of Criminal Procedure 15 and, accordingly, it is the government's responsibility to pay.  I ordered Attorney Jongbloed to direct the government to pay the amount of $1,071.58 to Attorney Romano so that he can pay the costs of preparing the deposition transcript.

So ordered.

Dated at Bridgeport, Connecticut, this 6th day of November 2015.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill

2

/s/ Stefan R. Underhill

United States District Judge